COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     *The Nigerian Foundation v. Bedford Umezulike*

Appellate case number:   01-20-00262-CV

Trial court case number:  2016-58037

Trial court:             295th District Court of Harris County

      The court **grants** the appellant's motion for extension of time to file its reply brief. The court **orders** that the appellant's reply brief is now due 14 days after the supplemental clerk's record requested by the appellant has been filed in this court. The court, however, reserves the right to "consider and decide the case before a reply brief is filed." TEX. R. APP. P. 38.3.

Justice's signature:   /s/ Gordon Goodman
                         Acting individually

Date:   October 19, 2021